UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,          JUDGE SAND
      Plaintiff(s),                                              Index No. 07 CV 10956

  -against-                                                         AFFIDAVIT OF SERVICE

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY
JOSEPHSON, et al.,
      Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK   )
                          S.S.
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 4th day of December 2007, at approximately the time of 2:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, GUIDELINES FOR ELECTRONIC CASE FILING FREQUENTLY ASKED QUESTIONS ABOUT ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE SAND AND 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL** upon Harvey Josephson c/o Josephson Luxenberg & Kance, P.C. at 286 Madison Avenue, New York, NY 10017, by personally delivering and leaving the same with J. Myers, Receptionist, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Harvey Josephson is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      J. Myers is a black female, approximately 40 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 130 pounds with braided brown hair and brown eyes wearing glasses.

      That on the 5th day of December 2007, deponent served another copy of the foregoing upon Josephson c/o Josephson Luxenberg & Kance, P.C. at 286 Madison Avenue,

New York, NY 10017, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
6th day of December, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010