**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,
    Plaintiff(s),

Index No. 07 CV 10956

  -against-

AFFIDAVIT OF SERVICE

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY JOSEPHSON, et al.,
    Defendant(s).
-----------------------------------------------------------X

STATE OF NEW YORK  )
                          S.S.
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 6th day of December 2007, at approximately the time of 2:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, GUIDELINES FOR ELECTRONIC CASE FILING FREQUENTLY ASKED QUESTIONS ABOUT ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE SAND AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL** upon Palace Exploration Company at 5 East 59th Street, 5th Floor, New York, NY 10022, by personally delivering and leaving the same with Jack George, Administrator, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Jack George is a white male, approximately 65 years of age, stands approximately 5 feet 8 inches tall and weighs approximately 190 pounds with gray/white hair and light eyes wearing glasses.

_[signature]_
HECTOR FIGUEROA #870141

Sworn to before me this
10th day of December, 2007

_[signature]_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com