UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,       JUDGE SAND
    Plaintiff(s),       Index No. 07 CV 10956

   -against-       AFFIDAVIT OF SERVICE

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY
JOSEPHSON, et al.,
    Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK   )
                   S.S.
COUNTY OF NEW YORK)

    HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 4th day of December 2007, at approximately the time of 2:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, GUIDELINES FOR ELECTRONIC CASE FILING FREQUENTLY ASKED QUESTIONS ABOUT ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE SAND AND 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL** upon Oil and Gas Title Holding Corporation at 10 East 40th Street, Suite 2710, New York, NY 10016, by personally delivering and leaving the same with Luisa Veras, Administrative Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Luisa Veras is a Hispanic female, approximately 30 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 150 pounds with brown hair and brown eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
6th day of December, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010