UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,
      Plaintiff(s),

    Index No. 07 CV 10956

-against-

    AFFIDAVIT OF SERVICE

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY JOSEPHSON, et al.,
      Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 10th day of December 2007, at approximately the time of 4:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, GUIDELINES FOR ELECTRONIC CASE FILING FREQUENTLY ASKED QUESTIONS ABOUT ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE SAND AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL** upon TAH Drilling Co., Inc. at 5 East 59th Street, 5th Floor, New York, NY 10022, by personally delivering and leaving the same with Paul Howard, Controller, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Paul Howard is a white male, approximately 50 years of age, stands approximately 5 feet 8 inches tall and weighs approximately 160 pounds with black/gray hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
13th day of December, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010