**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IRA NATHEL and SHELDON NATHEL,
          Plaintiff(s),

-against-

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY
JOSEPHSON, et al.,
          Defendant(s).
------------------------------------------------------------X

Index No. 07 CV 10956

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                       S.S.
COUNTY OF NEW YORK)

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 14th day of December 2007, at approximately the time of 4:25 p.m., deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL CASE AND FIRST AMENDED COMPLAINT** upon Oil and Gas Title Holding Corporation c/o Schain Leifer Guralnick at 10 East 40th Street, Suite 2710, New York, NY 10016, by personally delivering and leaving the same with Luisa Veras, Secretary, who informed deponent that she is an agent authorized by appointment to receive service at that address.

       Luisa Veras is a Hispanic female, approximately 30 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 150 pounds with brown hair and brown eyes.

HECTOR FIGUEROA #870141

Sworn to before me this
18th day of December, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com