**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,
      Plaintiff(s),

    -against-

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY JOSEPHSON, et al.,
      Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK   )
                       S.S.
COUNTY OF NEW YORK)

Index No. 07 CV 10956

AFFIDAVIT OF SERVICE

    HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 14th day of December 2007, at approximately the time of 3:05 p.m., deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL CASE AND FIRST AMENDED COMPLAINT** upon Paul Howard at 5 East 59th Street, 5th Floor, New York, NY 10022, by personally delivering and leaving the same with Paul Howard at that address. At the time of service, deponent asked Paul Howard whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    Paul Howard is a white male, approximately 50 years of age, stands approximately 5 feet 8 inches tall and weighs approximately 160 pounds with black/gray hair and light eyes.

_(signature)_
HECTOR FIGUEROA #870141

Sworn to before me this
18th day of December, 2007

_(signature)_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com