**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IRA NATHEL and SHELDON NATHEL,
        Plaintiff(s),

-against-

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY
JOSEPHSON, et al.,
        Defendant(s).
------------------------------------------------------------X

JUDGE SAND
Index No. 07 CV 10956

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               S.S.
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 14th day of December 2007, at approximately the time of 4:35 p.m., deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL CASE AND FIRST AMENDED COMPLAINT** upon Harvey Josephson c/o Josephson Luxenberg & Kance, P.C. at 286 Madison Avenue, New York, NY 10017, by personally delivering and leaving the same with J. Myers, Receptionist, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Harvey Josephson is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        J. Myers is a black female, approximately 40 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 130 pounds with braided brown hair and brown eyes wearing glasses.

        That on the 17th day of December 2007, deponent served another copy of the foregoing upon Josephson c/o Josephson Luxenberg & Kance, P.C. at 286 Madison Avenue, New York, NY 10017, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

*[signature]*
HECTOR FIGUEROA #870141

Sworn to before me this
18th day of December, 2007

*[signature]*
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com