UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,                JUDGE SAND
      Plaintiff(s),                                   Index No. 07 CV 10956

  -against-                                                  AFFIDAVIT OF SERVICE

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY
JOSEPHSON, et al.,
      Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK  )
                      S.S.
COUNTY OF NEW YORK)

      NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 15th day of December 2007, at approximately the time of 11:53 a.m., deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL CASE, FIRST AMENDED COMPLAINT AND EXHIBIT "A"** upon Richard Siegal at 1526 Bay Blvd., Atlantic Beach, NY 11509, by personally delivering and leaving the same with his housekeeper, Soledad Spitz, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if Richard Siegal is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Soledad Spitz is a Hispanic female, approximately 54 years of age, stands approximately 5 feet 1 inches tall and weighs approximately 140 pounds with brown hair and brown eyes.

      That on the 17TH day of December 2007, deponent served another copy of the foregoing upon Richard Siegal at 1526 Bay Blvd., Atlantic Beach, NY 11509, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and

depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
NELSON CARVAJAL #965441

Sworn to before me this
18th day of December, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08