UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,                JUDGE SAND
                    Plaintiff(s),              Index No. 07 CV 10956

            -against-                          AFFIDAVIT OF SERVICE

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY
JOSEPHSON, et al.,
                    Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK )
                  S.S.:
COUNTY OF NEW YORK)

NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 14th day of December 2007, at approximately 12:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, GUIDELINES FOR ELECTRONIC CASE FILING, FREQUENTLY ASKED QUESTIONS ABOUT ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE SAND, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, AMENDED SUMMONS IN A CIVIL CASE AND FIRST AMENDED COMPLAINT** upon George Coleman at 55 Babylon Turnpike, Merrick, NY 11520, by personally delivering and leaving the same with George Coleman at that address. At the time of service, deponent asked George Coleman whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

George Coleman is a white male, approximately 50 years of age, stands approximately 6 feet 1 inches tall and weighs approximately 220 pounds with brown hair and brown eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
18th day of December, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___