UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRA NATHEL and SHELDON NATHEL,

                Plaintiffs,

-against-

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY JOSEPHSON, ROBERT A. TREVISANI, PAUL HOWARD, RICHARD S. GURALNICK, SCHAIN LEIFER GURALNICK, BISTATE OIL MANAGEMENT CORPORATION, SS&T HOLDING CO., LLC, PALACE EXPLORATION COMPANY, TAH DRILLING CO., INC., TAQ DRILLING CO., INC., OIL AND GAS TITLE HOLDING CORPORATION, JOHN DOES 1-20, JOHN DOE CORPORATIONS 1-20, JOHN DOE LLCs 1-20, and JOHN DOE LLPs 1-20,

                Defendants.

Case No. 07-CIV-10956 (LBS)

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that the undersigned attorney hereby enters this case on behalf of Defendants Richard Guralnick and Schain Leifer Guralnick, effective December 18, 2007. All papers in this action should henceforth be served on him at the office address shown below.

NEWYORK/#189524.1

-2-

Dated: New York, New York
      December 18, 2007

Respectfully submitted,

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.

By: s/ John H. Eickemeyer
    John H. Eickemeyer (JE-8302)
    1633 Broadway, 47th Floor
    New York, New York 10019
    (212) 407-7700

    *Attorneys for Defendants Richard Guralnick and Schain Leifer Guralnick*