Sandy

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IRA NATHEL and SHELDON NATHEL,

              Plaintiffs,

-against-

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY
JOSEPHSON, ROBERT A. TREVISANI, PAUL
HOWARD, RICHARD S. GURALNICK, SCHAIN
LEIFER GURALNICK, BISTATE OIL
MANAGEMENT CORPORATION, SS&T HOLDING
CO., LLC, PALACE EXPLORATION COMPANY,
TAH DRILLING CO., INC., TAQ DRILLING CO.,
INC., OIL AND GAS TITLE HOLDING
CORPORATION, JOHN DOES 1-20, JOHN DOE
CORPORATIONS 1-20, JOHN DOE LLCs 1-20, and
JOHN DOE LLPs 1-20

              Defendants.
----------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-07
```

07-CIV-10956 (LBS)

## STIPULATION AND ORDER

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties identified below, that:

      1.    Defendants' time to answer, move, or otherwise respond to the First Amended Complaint filed in the above-referenced action shall be extended to and includes January 25, 2008.

Dated: December 18, 2007
New York, New York

STORCH AMINI & MUNVES P.C.

By: _____
    Steven G. Storch (SS-5241)
    Kathleen E. Wright (KW-5439)
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100

*Attorneys for Plaintiffs Ira Nathel and Sheldon Nathel*

ARKIN KAPLAN RICE LLP

By: _____
    Stanley S. Arkin (SA-1737)
    Michelle Rice (MR-4254)
    Lisa C. Solbakken (LS-8910)
590 Madison Avenue, 35th Floor
New York, New York 10022
(212) 333-0200

*Attorneys for Defendants Richard Siegal, Paul Howard, Palace Exploration Company, Bistate Oil Management Corp., SS&T Holding Co., LLC, Oil and Gas Title Holding Corp., TAH Drilling Co., Inc., TAQ Drilling Co., Inc.*

VEDDER PRICE KAUFMAN &
KAMMHOLZ, P.C.

By: _____
    John H. Eickemeyer (JE-8302)
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

*Attorneys for Defendants Richard Guralnick and Shain Leifer Guralnick*

SO ORDERED:

_____
Leonard B. Sand
United States District Court Judge

12/20/07

2

Dated: December ___, 2007
       New York, New York

STORCH AMINI & MUNVES P.C.          ARKIN KAPLAN RICE LLP


By: _____        By: _____
    Steven G. Storch (SS-5241)          Stanley S. Arkin (SA-1737)
    Kathleen E. Wright (KW-5439)        Michelle Rice (MR-4254)
Two Grand Central Tower, 25th Floor     Lisa C. Solbakken (LS-8910)
140 East 45th Street                590 Madison Avenue, 35th Floor
New York, New York 10017            New York, New York 10022
(212) 490-4100                      (212) 333-0200

*Attorneys for Plaintiffs Ira Nathel and*   *Attorneys for Defendants Richard Siegal, Paul*
*Sheldon Nathel*                            *Howard, Palace Exploration Company, Bistate*
                                            *Oil Management Corp., SS&T Holding Co.,*
                                            *LLC, Oil and Gas Title Holding Corp., TAH*
                                            *Drilling Co., Inc., TAQ Drilling Co., Inc.*

                                    VEDDER PRICE KAUFMAN &
                                    KAMMHOLZ, P.C.

                                    By: _____
                                        John H. Eickemeyer (JE-8302)
                                    1633 Broadway, 47th Floor
                                    New York, New York 10019
                                    (212) 407-7700

                                    *Attorneys for Defendants Richard*
                                    *Guralnick and Shain Leifer Guralnick*


SO ORDERED:


_____
Leonard B. Sand
United States District Court Judge

2

Dated: December 18, 2007
New York, New York

| | |
|---|---|
| STORCH AMINI & MUNVES P.C. | ARKIN KAPLAN RICE LLP |
| By: *[signature: Kathleen B. Wright]* <br> Steven G. Storch (SS-5241) <br> Kathleen E. Wright (KW-5439) <br> Two Grand Central Tower, 25th Floor <br> 140 East 45th Street <br> New York, New York 10017 <br> (212) 490-4100 | By: _____ <br> Stanley S. Arkin (SA-1737) <br> Michelle Rice (MR-4254) <br> Lisa C. Solbakken (LS-8910) <br> 590 Madison Avenue, 35th Floor <br> New York, New York 10022 <br> (212) 333-0200 |
| *Attorneys for Plaintiffs Ira Nathel and Sheldon Nathel* | *Attorneys for Defendants Richard Siegal, Paul Howard, Palace Exploration Company, Bistate Oil Management Corp., SS&T Holding Co., LLC, Oil and Gas Title Holding Corp., TAH Drilling Co., Inc., TAQ Drilling Co., Inc.* |

VEDDER PRICE KAUFMAN & KAMMHOLZ, P.C.

By: _____
John H. Eickemeyer (JE-8302)
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7760

*Attorneys for Defendants Richard Guralnick and Shain Leifer Guralnick*

SO ORDERED:

_____
Leonard B. Sand
United States District Court Judge

2