STORCH AMINI & MUNVES PC
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Tel. (212) 490-4100
Steven G. Storch (SS-5241)
Kathleen E. Wright (KW-5439)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IRA NATHEL and SHELDON NATHEL,                        :
                                                      :
              Plaintiffs,                       :
                                                      :
     -against-                                       :   07 CIV. 10956
                                                      :
RICHARD SIEGAL, GEORGE COLEMAN, HARVEY                :
JOSEPHSON, ROBERT A. TREVISANI,                       :
PAUL HOWARD, RICHARD S. GURALNICK;                    :
SCHAIN LEIFER GURALNICK; BISTATE OIL                  :
MANAGEMENT CORPORATION,                               :
SS&T HOLDING CO., LLC, PALACE EXPLORATION             :
COMPANY, TAH DRILLING CO., INC.                       :
TAQ DRILLING CO., INC., OIL AND GAS TITLE,            :
HOLDING CORPORATION, JOHN DOES 1-20;                  :
JOHN DOE CORPORATIONS 1-20;                           :
JOHN DOE LLCs 1-20; and JOHN DOE LLPs 1-20            :
                                                      :
              Defendants.                       :
-----------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for Kathleen E. Wright, Esq.

  X    **Attorney**

        X    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is KW-5439.

   __     I am a Pro Hac Vice attorney

   __     I am a Government Agency attorney

__    **Law Firm/Government Agency Association**

From: _____

To: _____

 X    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

__    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

**Address: Storch Amini & Munves, PC, 2 Grand Central Tower, 140 East 45th Street, 25th Floor, New York, NY 1007**

**Telephone Number: (212) 490-4100**

**Fax Number: (212) 490-4208**

**E-mail address: kwright@samlegal.com**

Dated: New York, New York
       January 7, 2008

                              STORCH AMINI & MUNVES, P.C.

                              By: /s/ Kathleen E. Wright
                                  Kathleen E. Wright (KW-5439)
                              Two Grand Central Tower, 25th Floor
                              140 East 45th Street
                              New York, New York 10017
                              (212) 490-4100