

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,

    Plaintiffs,

    -against-

RICHARD SIEGAL, et al.,

    Defendants.
------------------------------------------------------X

Case No. 07 CIV 10956

AFFIDAVIT OF SERVICE

STATE OF FLORIDA    )
    S.S.:
COUNTY OF PALM BEACH  )

CHRIS MOUSSALLY, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

That on the 8th day of January, 2008, at approximately the time of 7:20 AM, deponent served a true copy of the AMENDED SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; AND ECF GUIDELINES upon ROBERT A. TREVISANI at 3350 Southern Cay Drive, Jupiter, FL, by personally delivering and leaving the same with ROBERT A. TREVISANI at that address. At the time of service, deponent asked ROBERT A. TREVISANI if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

ROBERT A. TREVISANI is a white male, approximately 55 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 165 pounds with brown hair wearing glasses.

_____
CHRIS MOUSSALLY #997

Sworn to before me this
11 day of January, 2008

_____
NOTARY PUBLIC



MELISSA PEREZ
MY COMMISSION # DD 635561
EXPIRES: February 4, 2011
Bonded Thru Notary Public Underwriters

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com