UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRA NATHEL and SHELDON NATHEL,

                   Plaintiffs,

-against-

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY JOSEPHSON, ROBERT A. TREVISANI, PAUL HOWARD, RICHARD S. GURALNICK; SCHAIN LEIFER GURALNICK; BISTATE OIL MANAGEMENT CORPORATION, SS&T HOLDING CO., LLC, PALACE EXPLORATION COMPANY, TAH DRILLING CO., INC., TAQ DRILLING CO., INC., OIL AND GAS TITLE, HOLDING CORPORATION, JOHN DOES 1-20; JOHN DOE CORPORATIONS 1-20; JOHN DOE LLCs 1-20; and JOHN DOE LLPs 1-20,

                   Defendants.

07 CV 10956 (LBS)(HBP)

---

## RULE 7.1 STATEMENT OF DEFENDANTS
## <u>RICHARD S. GURALNICK AND SCHAIN LEIFER GURALNICK</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Richard S. Guralnick ("Guralnick") and Schain Leifer & Guralnick ("SLG") certifies that SLG is a general partnership organized under the laws of the State of New York, that Guralnick is a partner of SLG, and that neither Guralnick nor SLG has any corporate

parents, affiliates and/or subsidiaries which are publicly held, and that there are no publicly held corporations that own ten percent (10%) or more of the stock of SLG.

Dated:  January 25, 2008
       New York, New York

                VEDDER PRICE P.C.

By:    s/ John H. Eickemeyer
       John H. Eickemeyer (JE 8302)
       Charles S. Caranicas (CC 9244)

       1633 Broadway – 47th Floor
       New York, New York  10019
       Tel:  (212- 407-7700
       Fax: (212) 407-7799

       Attorneys for Defendants
       *Richard S. Guralnick* and
       *Schain Leifer Guralnick*