UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

IRA NATHEL and SHELDON NATHEL,

                    Plaintiffs,

           -against-

RICHARD SIEGAL, GEORGE COLEMAN,
HARVEY JOSEPHSON, ROBERT A. TREVISANI,
PAUL HOWARD, RICHARD S. GURALNICK;
SCHAIN LEIFER GURALNICK; BISTATE OIL
MANAGEMENT CORPORATION, SS&T
HOLDING CO., LLC, PALACE EXPLORATION
COMPANY, TAH DRILLING CO., INC., TAQ
DRILLING CO., INC., OIL AND GAS TITLE,
HOLDING CORPORATION, JOHN DOES 1-20;
JOHN DOE CORPORATIONS 1-20; JOHN DOE
LLCs 1-20; and JOHN DOE LLPs 1-20,

                    Defendants.

---------------------------------------------------

07 CV 10956 (LBS)(HBP)

**CERTIFICATE OF SERVICE**

I, John H. Eickemeyer, declare, pursuant to 28 U.S.C. 1746, under penalty of perjury that

on the 25th day of January, 2008, I caused a copy of the **Notice of Motion to Dismiss the**

**Amended Complaint, Memorandum of Law in Support of Motion to Dismiss the Amended**

**Complaint by Defendants Richard S. Guralnick and Schain Leifer Guralnick, and Rule 7.1**

**Statement of Defendants Richard S. Guralnick and Schain Leifer Guralnick** to be served on

each of the following via electronic mail:

           Steven G. Storch, Esq.
           Kathleen E. Wright, Esq.
           STORCH AMINI & MUNVES PC
           Two Grand Central Tower, 25th Floor
           140 East 45th Street
           New York, New York  10017

           Attorney for Plaintiffs
           *Ira Nathel* and *Sheldon Nathel*

           Email:  storch@samlegal.com
           Email:  kwright@samlegal.com

Michelle A. Rice, Esq.
Lisa C. Solbakken, Esq.
ARKIN KAPLAN RICE LLP
590 Madison Avenue
New York, New York  10022

Attorneys for Defendants
*Richard Siegal, Paul Howard, Palace Exploration Company, The Bistate Oil management Corp., Oil and Gas Title Holding Corp., SS&T Holding Corporation, TAQ Drilling Company, and TAH Drilling Company*

Email:  mrice@arkin-law.com
Email:  lsolbakken@arkin.com


                                        s/ John H. Eickemeyer
                                        JOHN H. EICKEMEYER

2