UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IRA NATHEL and SHELDON NATHEL,                  :
                                                :
                Plaintiffs,                :
                                                :
      -against-                                :    07-CIV-10956 (LBS)
                                                :
RICHARD SIEGAL, GEORGE COLEMAN, HARVEY          :
JOSEPHSON, ROBERT A. TREVISANI, PAUL            :
HOWARD, RICHARD S. GURALNICK, SCHAIN            :
LEIFER GURALNICK, BISTATE OIL                   :
MANAGEMENT CORPORATION, SS&T HOLDING            :
CO., LLC, PALACE EXPLORATION COMPANY,           :
TAH DRILLING CO., INC., TAQ DRILLING CO.,       :
INC., OIL AND GAS TITLE HOLDING                 :    **NOTICE OF MOTION**
CORPORATION, JOHN DOES 1-20, JOHN DOE           :
CORPORATIONS 1-20, JOHN DOE LLCs 1-20, and      :
JOHN DOE LLPs 1-20                              :
                                                :
                Defendants.                :
                                                :
------------------------------------------------------------------x

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss of Defendants Richard Siegal, Paul Howard, Palace Exploration Company, The Bistate Oil Management Corp., Oil and Gas Title Holding Corp., SS&T Holding Corp., TAQ Drilling Company and TAH Drilling Company (the "Moving Parties") and the accompanying Declaration of Lisa C. Solbakken, both dated January 25, 2008, the Moving Parties, by their attorneys Arkin Kaplan Rice LLP, will move this Court, before the Honorable Leonard B. Sand, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on Thursday February 14, 2008 at 2:15 pm or whatever date and time the Court deems appropriate, pursuant to Rule 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss Plaintiffs' First Amended Complaint and for

- 2 -

such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1 of the Local Rules of this Court, answering papers, if any, shall be served on or before February 11, 2008 and reply papers, if any, shall be served within five business days thereafter.

- 3 -

Dated: New York, New York
       January 25, 2007

ARKIN KAPLAN RICE LLP


By:   /s/ Lisa C. Solbakken
      Stanley S. Arkin (SA-1373)
      Michelle Rice (MR- 4254)
      Lisa C. Solbakken (LS-8910)
      Justin M. Sher (JS 8379)

590 Madison Avenue
New York, New York
(212) 333-0200
(212) 333-2350

*Attorneys for The Moving Parties*


To:    Steven G. Storch, Esq.
      Storch Amini & Munves PC
      Two Grand Central Tower, 25th Floor
      140 East 45th Street
      New York, NY 10017
      212-490-4100
      sstorch@samlegal.com (email)

*Counsel for Plaintiffs*