UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IRA NATHEL and SHELDON NATHEL,           :
                                          :
                Plaintiffs,               :
                                          :
        -against-                         :
                                          :    07-CIV-10956 (LBS)
RICHARD SIEGAL, GEORGE COLEMAN, HARVEY    :
JOSEPHSON, ROBERT A. TREVISANI, PAUL      :
HOWARD, RICHARD S. GURALNICK, SCHAIN      :
LEIFER GURALNICK, BISTATE OIL             :
MANAGEMENT CORPORATION, SS&T HOLDING      :
CO., LLC, PALACE EXPLORATION COMPANY,     :
TAH DRILLING CO., INC., TAQ DRILLING CO., :
INC., OIL AND GAS TITLE HOLDING           :
CORPORATION, JOHN DOES 1-20, JOHN DOE     :
CORPORATIONS 1-20, JOHN DOE LLCs 1-20, and:
JOHN DOE LLPs 1-20                        :
                                          :
                Defendants.               :
                                          :
-------------------------------------------------------------------x

**RULE 7.1 STATEMENT OF DEFENDANTS BISTATE OIL MANAGEMENT CORPORATION, SS&T HOLDING CO, PALACE EXPLORATION COMPANY, TAH DRILLING CO., INC., TAQ DRILLING CO., INC., AND OIL AND GAS TITLE HOLDING CORPORATION**

Defendants Bistate Oil Management Corporation, SS&T Holding Co, Palace Exploration Company, TAH Drilling Co., Inc., TAQ Drilling Co., Inc., and Oil And Gas Title Holding Corporation, by and through their undersigned counsel, hereby certifies that they have no corporate parent and no publicly held corporation owns 10% or more of their stock.

Dated: New York, New York
       January 25, 2007

                         ARKIN KAPLAN RICE LLP

                By:   /s/ Lisa C. Solbakken
                     Lisa C. Solbakken (LS-8910)

                     590 Madison Avenue
                     New York, New York
                     (212) 333-0200
                     (212) 333-2350

                     *Attorneys for The Moving Parties*