UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,                       :

              Plaintiffs,                                      :

      - against -                                            :      07 CIV. 10956 (LBS)(HBP)

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY     :
JOSEPHSON, ROBERT A. TREVISANI,
PAUL HOWARD, RICHARD S. GURALNICK,           :     **NOTICE OF**
SCHAIN LEIFER GURALNICK, BISTATE OIL                **APPEARANCE**
MANAGEMENT CORPORATION,                            :
SS&T HOLDING CO., LLC, PALACE EXPLORATION
COMPANY, TAH DRILLING CO., INC.                     :
TAQ DRILLING CO., INC., OIL AND GAS TITLE,
HOLDING CORPORATION, JOHN DOES 1-20;          :
JOHN DOE CORPORATIONS 1-20;
JOHN DOE LLCs 1-20; and JOHN DOE LLPs 1-20,   :

              Defendants.                                      :
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Stillman, Friedman & Shechtman, P.C., by the undersigned, hereby appears as counsel in this action for Defendants George Coleman and Robert A. Trevisani.

Dated: New York, New York
       February 1, 2008            STILLMAN, FRIEDMAN &
                                          SHECHTMAN, P.C.

                                   By: __s/ Scott M. Himes___
                                      Charles A. Stillman (CS-0154)
                                      Scott M. Himes (SH-7712)
                                      Daniel Shapiro (DS-7677)

                                 425 Park Avenue
                                 New York, NY 10022
                                 (212) 223-0200

                                 *Attorneys for Defendants George Coleman*
                                   *and Robert A. Trevisani*

2

TO:   THE CLERK OF THE COURT

       ALL COUNSEL OF RECORD
       (via ECF filing)