UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,         :

          Plaintiffs,         :

    - against -         :   07 CIV. 10956 (LBS)(HBP)

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY         :
JOSEPHSON, ROBERT A. TREVISANI,
PAUL HOWARD, RICHARD S. GURALNICK,         :   **STIPULATION**
SCHAIN LEIFER GURALNICK, BISTATE OIL                **AND ORDER**
MANAGEMENT CORPORATION,         :
SS&T HOLDING CO., LLC, PALACE EXPLORATION
COMPANY, TAH DRILLING CO., INC.         :
TAQ DRILLING CO., INC., OIL AND GAS TITLE,
HOLDING CORPORATION, JOHN DOES 1-20;         :
JOHN DOE CORPORATIONS 1-20;
JOHN DOE LLCs 1-20; and JOHN DOE LLPs 1-20,         :

          Defendants.         :
------------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-08

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned, as counsel for all named parties in this action, that:

    1.    The date for Defendants George Coleman, Robert A. Trevisani and Harvey Josephson to answer, move or otherwise respond to the First Amended Complaint shall be extended to and including February 27, 2008;

    2.    Plaintiffs shall file their opposition papers to all motions to dismiss filed by any of the Defendants (including the motions to dismiss already filed by certain Defendants on January 25, 2008) on or before March 31, 2008, which will be a combined response to all Defendants' motions; and

    3.    Defendants shall file their reply papers, if any, on or before April 21, 2008.

Dated: New York, New York
February 5, 2008

        STORCH AMINI & MUNVES P.C.

        By: *[signature]*
        Steven G. Storch (SS-5291)
        Kathleen E. Wright (KW-5439)

        Two Grand Central Tower, 25th Floor
        140 East 45th Street
        New York, New York 10017
        (212) 490-4100

        *Attorneys for Plaintiffs Ira Nathel and Sheldon Nathel*

        ARKIN KAPLAN RICE LLP

        By: *[signature]*
        Stanley S. Arkin (SA-1737)
        Michelle Rice (MR-4254)
        Lisa C. Solbakken (LS-8910)

        590 Madison Avenue, 35th Floor
        New York, New York 10022
        (212) 333-0200

        *Attorneys for Defendants Richard Siegal, Paul Howard, Palace Exploration Company, Bistate Oil Management Corp., SS&T Holding Co., LLC, Oil and Gas Title Holding Corp., TAH Drilling Co., Inc., TAQ Drilling Co., Inc.*

2

STILLMAN, FRIEDMAN &
SHECHTMAN, P.C.

By: _____
Charles A. Stillman (CS-0154)
Scott M. Himes (SH-7712)
Daniel Shapiro (DS-7677)

425 Park Avenue
New York, NY 10022
(212) 223-0200

*Attorneys for Defendants George Coleman
and Robert A. Trevisani*


INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP

By: _____
Daniel L. Carroll (DC-5553)
Susan B. Ratner (SR-1446)

250 Park Avenue, 6th Floor
New York, New York 10177
(212) 907-9602

*Attorneys for Defendant Harvey Josephson*


VEDDER PRICE P.C.

By: _____
John H. Eickemeyer (JE-8302)

1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

*Attorneys for Defendants Richard
Guralnick and Schain Leifer Guralnick*

3

STILLMAN, FRIEDMAN &
SHECHTMAN, P.C.

By: _____
   Charles A. Stillman (CS-0154)
   Scott M. Himes (SH-7712)
   Daniel Shapiro (DS-7677)

425 Park Avenue
New York, NY 10022
(212) 223-0200

*Attorneys for Defendants George Coleman
and Robert A. Trevisani*


INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP

By: _____
   Daniel L. Carroll (DC-5553)
   Susan B. Ratner (SR-1446)

250 Park Avenue, 6th Floor
New York, New York 10177
(212) 907-9602

*Attorneys for Defendant Harvey Josephson*


VEDDER PRICE P.C.

By: _____
   John H. Eickemeyer (JE-8302)

1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

*Attorneys for Defendants Richard
Guralnick and Schain Leifer Guralnick*

3

So ordered
Leonard B. Sand
USDJ
2/7/08