UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IRA NATHEL AND SHELDON NATHEL,

           Plaintiffs,

    - against -

RICHARD SIEGAL, GEORGE COLEMAN,
HARVEY JOSEPHSON, ROBERT A.
TREVISANI, PAUL HOWARD, RICHARD S.
GURALNICK, SCHAIN LEIFER GURALNICK,
BISTATE OIL MANAGEMENT
CORPORATION, SS&T HOLDING CO., LLC,
PALACE EXPLORATION COMPANY, TAH
DRILLING CO., INC., TAQ DRILLING CO.,
INC., OIL AND GAS TITLE, HOLDING
CORPORATION, JOHN DOES 1-20; JOHN DOE
CORPORATIONS 1-20; JOHN DOE LLCs 1-20;
and JOHN DOE LLPs 1-20,

           Defendants.

------------------------------------------------------------X

07 CIV. 10956 (LBS) (HBP)

**NOTICE OF MOTION**

Filed Electronically

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the accompanying Affidavit of Scott M. Himes, sworn to on February 27, 2008, and the exhibit attached thereto, and upon the moving papers of the co-defendants and the pleadings and all prior proceedings herein, Defendants George Coleman and Robert A. Trevisani, by their attorneys Stillman, Friedman & Shechtman, P.C., will move this Court, before the Honorable Leonard B. Sand, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on Thursday April 24, 2008, at 2:15 p.m., or on such date and time as the Court may direct, for an order or judgment, pursuant to Rules 9(b) and 12(b)(1) & (6) of the Federal Rules of Civil

Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), dismissing Plaintiffs' First Amended Complaint in the entirety, with prejudice, against Defendants Coleman and Trevisani; and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Stipulation and Order, filed February 7, 2008, opposing papers, if any, shall be filed and served on or before March 31, 2008. That Stipulation and Order also provides that Defendants' reply papers, if any, shall be filed and served on or before April 21, 2008.

Dated: New York, New York
       February 27, 2008

                STILLMAN, FRIEDMAN &
                SHECHTMAN, P.C.

                By: s/Scott M. Himes
                    Charles A. Stillman (CS-0154)
                    Scott M. Himes (SH-7712)
                    Daniel V. Shapiro (DS-7677)

                425 Park Avenue
                New York, NY 10022
                (212) 223-0200

                *Attorneys for Defendants George Coleman*
                    *and Robert A. Trevisani*

TO:    All Counsel on the attached list

**SERVICE LIST**

*Nathel, et ano. v. Siegal, et al.*, 07 Civ. 10956 (LBS)(HPB)

STORCH AMINI & MUNVES P.C.
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, NY 10017

*Attorneys for Plaintiffs Ira Nathel and
Sheldon Nathel*

ARKIN KAPLAN RICE LLP
590 Madison Avenue, 35th Floor
New York, NY 10022

*Attorneys for Defendants Richard Siegal,
Paul Howard, Palace Exploration Company,
Bistate Oil Management Corp., SS&T
Holding Co., LLC, Oil and Gas Title
Holding Corp., TAH Drilling Co., Inc.,
TAQ Drilling Co., Inc.*

INGRAM YUZEK GAINEN CARROLL &
 BERTOLOTTI, LLP
250 Park Avenue, 6th Floor
New York, NY 10177

*Attorneys for Defendant Harvey Josephson*

VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, NY 10019

*Attorneys for Defendants Richard
Guralnick and Schain Leifer Guralnick*