UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IRA NATHEL AND SHELDON NATHEL,

    Plaintiffs,

- against -

RICHARD SIEGAL, GEORGE COLEMAN,     07 CIV. 10956 (LBS) (HBP)
HARVEY JOSEPHSON, ROBERT A.
TREVISANI, PAUL HOWARD, RICHARD S.    Filed Electronically
GURALNICK, SCHAIN LEIFER GURALNICK,
BISTATE OIL MANAGEMENT
CORPORATION, SS&T HOLDING CO., LLC,
PALACE EXPLORATION COMPANY, TAH
DRILLING CO., INC., TAQ DRILLING CO.,
INC., OIL AND GAS TITLE, HOLDING
CORPORATION, JOHN DOES 1-20; JOHN DOE
CORPORATIONS 1-20; JOHN DOE LLCs 1-20;
and JOHN DOE LLPs 1-20,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATE OF SERVICE

  I, Daniel V. Shapiro, hereby certify that on this, the 27th day of February, 2008, I caused true and correct copies of the following (1) Notice of Defendants George Coleman and Robert A. Trevisani's Motion to Dismiss Plaintiffs' First Amended Complaint, (2) Affidavit of Scott M. Himes and (3) Memorandum of Law in Support of Defendants George Coleman and Robert A. Trevisani's Motion to Dismiss Plaintiffs' First Amended Complaint to be served as indicated on the attached service list.

                   _____
                   Daniel V. Shapiro

**SERVICE LIST**

*Nathel, et ano. v. Siegal, et al.*, 07 Civ. 10956 (LBS)(HPB)

STORCH AMINI & MUNVES P.C. (via ECF Filing)
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, NY 10017

*Attorneys for Plaintiffs Ira Nathel and Sheldon Nathel*

ARKIN KAPLAN RICE LLP (via ECF Filing)
590 Madison Avenue, 35th Floor
New York, NY 10022

*Attorneys for Defendants Richard Siegal, Paul Howard, Palace Exploration Company, Bistate Oil Management Corp., SS&T Holding Co., LLC, Oil and Gas Title Holding Corp., TAH Drilling Co., Inc., TAQ Drilling Co., Inc.*

INGRAM YUZEK GAINEN CARROLL &)
 BERTOLOTTI, LLP (via Hand Delivery)
250 Park Avenue, 6th Floor
New York, NY 10177

*Attorneys for Defendant Harvey Josephson*

VEDDER PRICE P.C. (via ECF Filing)
1633 Broadway, 47th Floor
New York, NY 10019

*Attorneys for Defendants Richard Guralnick and Schain Leifer Guralnick*