```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IRA NATHEL and SHELDON NATHEL,    :

             Plaintiffs,    :

   - against -    :    07 CIV. 10956 (LBS)(HBP)

RICHARD SIEGAL, GEORGE COLEMAN, HARVEY    :
JOSEPHSON, ROBERT A. TREVISANI,
PAUL HOWARD, RICHARD S. GURALNICK,    :    **STIPULATION**
SCHAIN LEIFER GURALNICK, BISTATE OIL          **AND ORDER**
MANAGEMENT CORPORATION,    :
SS&T HOLDING CO., LLC, PALACE EXPLORATION
COMPANY, TAH DRILLING CO., INC.    :
TAQ DRILLING CO., INC., OIL AND GAS TITLE,
HOLDING CORPORATION, JOHN DOES 1-20;    :
JOHN DOE CORPORATIONS 1-20;
JOHN DOE LLCs 1-20; and JOHN DOE LLPs 1-20,    :

             Defendants.    :
------------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned, as counsel for all named parties in this action, that:

   1.    The return date for all Defendants' motions to dismiss, currently scheduled for April 24, 2008, at 2:15 p.m., shall be adjourned to June 5, 2008 or to such date and time as the Court may direct.

   2.    Plaintiffs shall file their opposition papers to all motions to dismiss on or before May 2, 2008, which will be a combined response to all Defendants' motions; and

   3.    Defendants shall file their reply papers, if any, on or before June 2, 2008.

Dated: New York, New York
       March 13, 2008

STORCH AMINI & MUNVES P.C.

By: /s/ Kathleen E. Wright
Steven G. Storch (SS-5241)
Kathleen E. Wright (KW-5439)
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100
*Attorneys for Plaintiffs Ira Nathel and Sheldon Nathel*

ARKIN KAPLAN RICE LLP

By: _____
Stanley S. Arkin (SA-1737)
Michelle Rice (MR-4254)
Lisa C. Solbakken (LS-8910)
590 Madison Avenue, 35th Floor
New York, New York 10022
(212) 333-0200
*Attorneys for Defendants Richard Siegal, Paul Howard, Palace Exploration Company, Bistate Oil Management Corp., SS&T Holding Co., LLC, Oil and Gas Title Holding Corp., TAH Drilling Co., Inc., TAQ Drilling Co., Inc.*

STILLMAN, FRIEDMAN &
SHECHTMAN, P.C.

By: _____
Charles A. Stillman (CS-0154)
Scott M. Himes (SH-7712)
Daniel Shapiro (DS-7677)
425 Park Avenue
New York, NY 10022
(212) 223-0200
*Attorneys for Defendants George Coleman and Robert A. Trevisani*

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP

By: _____/s/ Susan B. Ratner_____
Susan B. Ratner (SR-1446)
Daniel L. Carroll (DC-5553)
250 Park Avenue, 6th Floor
New York, New York 10177
(212) 907-9602
*Attorneys for Defendant Harvey Josephson*


VEDDER PRICE P.C.


By: _____
John H. Eickemeyer (JE-8302)
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendants Richard Guralnick
and Schain Leifer Guralnick*


SO ORDERED:

_____
United States District Judge

Dated: _____

3

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP


By: _____
    Susan B. Ratner (SR-1446)
    Daniel L. Carroll (DC-5553)
250 Park Avenue, 6th Floor
New York, New York 10177
(212) 907-9602
*Attorneys for Defendant Harvey Josephson*


VEDDER PRICE P.C.

By: _____
    John H. Eickemeyer (JE-8302)
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendants Richard Guralnick
and Schain Leifer Guralnick*


SO ORDERED: _____
United States District Judge

Dated: 3/17/08

3