AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07-CV-10956-LBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BiState Oil Management Corporation; Richard Siegal; Tah Drilling Co., Inc.; Taq Drilling Co., Inc.; Paul Howard; Oil and Gas Title, Holding Corporation; Palace Exploration Company; SS&T Holding Co., LLC

I certify that I am admitted to practice in this court.

| 3/24/2008 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | Justin M. Sher | JS-8379 |
| | Print Name | Bar Number |
| | Arkin Kaplan Rice LLP, 590 Madison Ave. | |
| | Address | |
| | New York | NY | 10022 |
| | City | State | Zip Code |
| | (212) 333-0200 | (212) 333-2350 |
| | Phone Number | Fax Number |