AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                   DISTRICT OF                   New York

## APPEARANCE

Case Number: 07-CV-10956-LBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BiState Oil Management Corporation; Richard Siegal; Tah Drilling Co., Inc.; Taq Drilling Co., Inc.; Paul Howard; Oil and Gas Title, Holding Corporation; Palace Exploration Company; SS&T Holding Co., LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/24/2008 | _(signature)_ |
| Date | Signature |
| | Michelle A. Rice — MR-4254 |
| | Print Name — Bar Number |
| | Arkin Kaplan Rice LLP, 590 Madison Ave. |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 333-0200 — (212) 333-2350 |
| | Phone Number — Fax Number |