AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                           DISTRICT OF                           New York

**APPEARANCE**

Case Number: 07-CV-10956-LBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BiState Oil Management Corporation; Richard Siegal; Tah Drilling Co., Inc.; Taq Drilling Co., Inc.; Paul Howard; Oil and Gas Title, Holding Corporation; Palace Exploration Company; SS&T Holding Co., LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/24/2008 | *[signature]* |
| Date | Signature |
| | Stanley S. Arkin     SS-1373 |
| | Print Name     Bar Number |
| | Arkin Kaplan Rice LLP, 590 Madison Ave. |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 333-0200     (212) 333-2350 |
| | Phone Number     Fax Number |