

STORCH AMINI MUNVES PC
A New York Professional Corporation

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08
```

KATHLEEN E. WRIGHT
Member NY and NJ Bars

**MEMO ENDORSED**

April 29, 2008

VIA FACSIMILE

Hon. Leonard B. Sand
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1650
New York, New York  10007

Re:   *Nathel v. Siegal et al.* 07 Civ. 10956 (LBS)

Dear Judge Sand:

This firm represents the plaintiffs in the above-referenced action. I write to request leave to file an enlarged memorandum of law in opposition to the defendants' motions to dismiss the complaint. Defendants have made four separate motions to dismiss all the claims asserted against all the defendants. Due to the extent of the arguments necessary to address the multiple motions, I request leave to file a memorandum of law of thirty-five (35) pages in length if necessary.

Since the due date of Plaintiffs' opposition is May 2, 2008, I appreciate your permitting this letter to be sent via facsimile.

I appreciate the Court's kind attention to this request.

Respectfully submitted,

Kathleen E. Wright

cc:  Sean R. O'Brien, Esq. (*via email*)
     John H. Eickemeyer, Esq. (*via email*)
     Scott M. Himes, Esq. (*via email*)
     Susan B. Ratner, Esq. (*via email*)

Granted
/s/ B Sand
USDJ
4/29/08

2 Grand Central Tower  New York, New York 10017  Tel: 212.490.4100  Fax: 212.490.4208  E-mail: kwright@samlegal.com
Washington, DC   South River, NJ

**MEMO ENDORSED**

TOTAL P.02