590 Madison Avenue
New York, New York 10022
Tel: (212) 333-0200
Fax: (212) 333-2350

9536 Wilshire Boulevard
Suite 500
Beverly Hills, California 90212
(310) 273-3777

**MEMO ENDORSED**

**ARKIN KAPLAN RICE LLP**

ATTORNEYS AT LAW



RECEIVED
MAY 2 9 2008
CHAMBERS OF
LEONARD B. SAND

May 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-08

**VIA FEDERAL EXPRESS**

Hon. Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

    Re:   Ira Nathel and Sheldon Nathel v. Richard Siegal et al.
            07 Civ. 10956 (LBS)

Dear Judge Sand:

    I represent Defendants Richard Siegal, Paul Howard, Bistate Oil Management Corporation, SS&T Holding Co., LLC, Palace Exploration Company, TAH Drilling Co., Inc., TAQ Drilling Co., Inc. and Oil and Gas Title Holding Corp. (collectively, the "Palace Parties") in the above-referenced matter. I write on behalf of all parties to respectfully request a modification of the briefing schedule and an adjournment of the oral argument from June 10, 2008 to September 4, 2008 at 2:15 p.m.

    On May 2, 2008, Plaintiffs responded to Defendants' Motions to Dismiss by filing a Cross Motion to Amend the First Amended Complaint (the "Cross Motion"). Defendants were originally scheduled to reply in support of their Motions to Dismiss on June 2, 2008, and all parties were scheduled to appear for oral argument on June 10, 2008 at 2:15 p.m.

    As a consequence of an emergency motion in another matter that was recently scheduled for a hearing out of state on June 10, counsel for the Palace Parties notified the other parties that they sought to adjourn the oral argument in this case. In the course of discussing this adjournment, counsel for several of the Defendants noted that they would be opposing Plaintiffs' Cross Motion in addition to submitting a reply in support of their Motions to Dismiss and would, therefore, seek additional time to file their briefs. At the same time, Plaintiffs stated their intention to file a reply in support of their Cross Motion.

    After obtaining the Court's schedule from Mr. Kenneally, the parties discussed various dates for a new briefing schedule and oral argument. Regrettably, there were no dates in June or August on which counsel for all 15 parties could appear for oral argument, and I understand from

**MEMO ENDORSED**

***ARKIN KAPLAN RICE* LLP**

Hon. Leonard B. Sand
May 28, 2008
Page 2

Mr. Kenneally that the Court is not available in July. Thus, the next date and time on which the Court and all parties are available is September 4, 2008 at 2:15 p.m.

Accordingly, the parties respectfully request that the Court adopt the following revised schedule:

**June 24, 2008** – Deadline for each Defendant to reply in support of their Motion to Dismiss and to oppose Plaintiffs' Cross Motion.

**July 11, 2008** – Deadline for Plaintiffs to reply in support of their Cross Motion.

**September 4, 2008 at 2:15 p.m.** – Oral argument on Defendants' Motions to Dismiss and Plaintiffs' Cross Motion.

All parties consent to the above schedule.

Respectfully submitted,

Justin M. Sher

cc: Kathleen Wright, Esq.
John Eickemeyer, Esq.
Scott Himes, Esq.
Susan Ratner, Esq.

*Schedule adopted*

*So ordered*

*Sand USDJ*
*5/29/08*

