

**MEMO ENDORSED**

STORCH AMINI MUNVES PC
A New York Professional Corporation

KATHLEEN E. WRIGHT
Member NY and NJ Bars

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08

July 17, 2008

BY HAND

Hon. Leonard B. Sand
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

    Re: *Nathel v. Siegal et al.* 07 Civ. 10956 (LBS)

Dear Judge Sand:

    This firm represents the plaintiffs in the above-referenced action. I write to request leave to file an enlarged reply memorandum of law on the plaintiffs' cross-motion to amend their first amended complaint. <u>Defendants have filed four separate oppositions</u> to the plaintiffs' cross motion incorporated into their replies on their four separate motions to dismiss all the claims asserted by plaintiffs. Because of the multiplicity of arguments set forth by the defendants in their four separate briefs, I request leave to file a reply memorandum of law of thirty (30) pages in length if necessary.

    The hearing date for the motions is scheduled for September 4, 2008. The plaintiffs' reply on their cross-motion is now due to be served on the defendants on July 27, 2008.

    I appreciate the Court's kind attention to this request.

Respectfully submitted,

Kathleen E. Wright

**MEMO ENDORSED**

cc:  Sean R. O'Brien, Esq. (*via email*)
     John H. Eickemeyer, Esq. (*via email*)
     Scott M. Himes, Esq. (*via email*)
     Susan B. Ratner, Esq. (*via email*)

2 Grand Central Tower   New York, New York 10017   Tel: 212.490.4100   Fax: 212.490.4208   E-mail: kwright@samlegal.com
Washington, DC   South River, NJ