AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07 cv 10956

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

George Coleman and Robert A. Trevisani

I certify that I am admitted to practice in this court.

| 7/30/2008 | | _(signature)_ | |
| Date | | Signature | |
| | | Daniel V. Shapiro | DS7677 |
| | | Print Name | Bar Number |
| | | Stillman, Friedman & Shechtman, P.C., 425 Park Ave. | |
| | | Address | |
| | | New York | NY | 10022 |
| | | City | State | Zip Code |
| | | (212) 223-0200 | (212) 223-1942 |
| | | Phone Number | Fax Number |