STORCH AMINI & MUNVES PC
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Tel (212) 490-4100
Steven G. Storch (SS-5241)
Kathleen E. Wright (KW-5439)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IRA NATHEL and SHELDON NATHEL, :

          Plaintiffs, :

    -against- :   07 CIV. 10956

RICHARD SIEGAL, GEORGE COLEMAN, ROBERT A. :
TREVISANI, PAUL HOWARD, HARVEY JOSEPHSON,     **DECLARATION OF**
RICHARD S. GURALNICK, SCHAIN LEIFER :   **IRA NATHEL**
GURALNICK, BISTATE OIL MANAGEMENT
CORPORATION, SS&T HOLDING CO., LLC, :
PALACE EXPLORATION COMPANY, TAH
DRILLING CO., INC., TAQ DRILLING CO., INC., and :
OIL AND GAS TITLE HOLDING CORPORATION

          Defendants. :
------------------------------------------------------------------x

      I, Ira Nathel, declare, under penalty of perjury pursuant to 28 U.S.C. 1746(2), as follows:

      1.     I am a plaintiff in the above captioned action together with my brother, Sheldon Nathel. I am fully familiar with the facts and circumstances set forth below and I make this declaration in support of the cross-motion, on behalf of myself and my brother, to file a second amended complaint and in opposition to the defendants' motions to dismiss.

    2.    In June 2008, Sheldon and I received Notices of Deficiency from New York State which assessed penalties on disallowed intangible drilling costs related to our investments in partnerships promoted by defendant Richard Siegal including Indian Village Drilling Company, Condor Drilling Company, and Hurricane Drilling Company.

    3.    The amount of penalties assessed in the Notices of Deficiency by New York State for the three partnerships totaled $79,294.00.

Dated:   New York, New York  
            July 24, 2008

_____  
Ira Nathel