# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Carla De Ycaza, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Forest Hills, New York.

On July 30, 2008 deponent served a true and correct copy of the within **DECLARATION OF IRA NATHEL and PLAINTIFFS' REPLY OF MEMORANDUM OF LAW IN SUPPORT OF THEIR CROSS-MOTION TO FILE A SECOND AMENDED COMPLAINT** upon:

Sean O'Brien, Esq.
ARKIN KAPLAN RICE LLP
590 Madison Avenue, 35th Floor
New York, NY 10022

John H. Eickemeyer, Esq.
VEDDER PRICE, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Scott M. Himes, Esq.
STILLMAN FRIEDMAN & SHECHTMAN P.C.
425 Park Avenue
New York, NY 10022

Susan B. Ratner, Esq.
INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI LLP
250 Park Avenue, 6th Floor
New York, NY 10177

at the address designated by said attorneys for that purpose, by depositing a true and correct copy thereof, enclosed in postpaid wrappers addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
Carla De Ycaza

Sworn to before me this
30th day of July, 2008

_____
Notary Public

JASON B. LEVIN
Notary Public, State of New York
No. 02LE6139282
Qualified in New York County
Commission Expires on January 3, 2010