

Sons, J

STORCH AMINI & MUNVES PC
140 East 45th Street
New York, New York 10017
Tel. (212) 490-4100
Steven G. Storch (SS-5241)
Kathleen E. Wright (KW-5439)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IRA NATHEL and SHELDON NATHEL,          :

               Plaintiffs,           :

               -against-             :    07 CIV. 10956 (LBS)

RICHARD SIEGAL, GEORGE COLEMAN, ROBERT A. :   **STIPULATION**
TREVISANI, PAUL HOWARD, HARVEY JOSEPHSON,     **OF DISMISSAL**
RICHARD S. GURALNICK, SCHAIN LEIFER      :
GURALNICK, BISTATE OIL MANAGEMENT
CORPORATION, SS&T HOLDING CO., LLC,      :
PALACE EXPLORATION COMPANY, TAH
DRILLING CO., INC., TAQ DRILLING CO., INC., and :
OIL AND GAS TITLE HOLDING CORPORATION

               Defendants.          :
-----------------------------------------------------------------x

    PLEASE TAKE NOTICE that, it is hereby stipulated and agreed, by and between the parties to the above-captioned action, through their below designated counsel, that this action is dismissed in its entirety, with prejudice, and with each party bearing its own costs.

Dated: New York, New York     Respectfully Submitted,
       November 16, 2009

                                  STORCH AMINI & MUNVES, PC

                                  By: _____
                                   Steven G. Storch (SG-5241)
                                   Kathleen E. Wright (KW-5439)
                                   140 East 45th Street
                                   New York, New York 10017
                                   (212) 490-4100
                                   Attorneys for Plaintiffs Ira and Sheldon Nathel

ARKIN KAPLAN RICE LLP

By:_____
    Sean O'Brien
590 Madison Avenue, 35th Floor
New York, New York 10022
(212) 333-0200
Attorneys for Richard Siegal, Paul Howard, Palace Exploration Company, Bistate Oil Management Corp., SS&T Holding Co., LLC, Oil and Gas Title Holding Corp., TAH Drilling Co., Inc., TAQ Drilling Co., Inc.

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By: /s/ _____
    Scott M. Himes
425 Park Avenue
New York, New York 10022
(212) 223-0200
Attorneys for George Coleman and Robert A. Trevisani

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

By:_____
    Daniel L. Carroll
250 Park Avenue, 6th Floor
New York, New York 10177
(212) 907-9602
Attorneys for Harvey Josephson

SO ORDERED:

This _____ day of November, 2009

_____
HONORABLE LEONARD B. SAND
UNITED STATES DISTRICT COURT JUDGE

ARKIN KAPLAN RICE LLP

By: _____
   Sean O'Brien
590 Madison Avenue, 35th Floor
New York, New York 10022
(212) 333-0200
Attorneys for Richard Siegal, Paul Howard, Palace Exploration Company, Bistate Oil Management Corp., SS&T Holding Co., LLC, Oil and Gas Title Holding Corp., TAH Drilling Co., Inc., TAQ Drilling Co., Inc.

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By:_____
   Scott M. Himes
425 Park Avenue
New York, New York 10022
(212) 223-0200
Attorneys for George Coleman and Robert A. Trevisani

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

By:_____
   Daniel L. Carroll
250 Park Avenue, 6th Floor
New York, New York 10177
(212) 907-9602
Attorneys for Harvey Josephson

SO ORDERED:

This _____ day of November, 2009

_____
HONORABLE LEONARD B. SAND
UNITED STATES DISTRICT COURT JUDGE

2

ARKIN KAPLAN RICE LLP

By:_____
    Sean O'Brien
590 Madison Avenue, 35th Floor
New York, New York 10022
(212) 333-0200
Attorneys for Richard Siegal, Paul Howard, Palace Exploration Company, Bistate Oil Management Corp., SS&T Holding Co., LLC, Oil and Gas Title Holding Corp., TAH Drilling Co., Inc., TAQ Drilling Co., Inc.

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By:_____
    Scott M. Himes
425 Park Avenue
New York, New York 10022
(212) 223-0200
Attorneys for George Coleman and Robert A. Trevisani

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

By:_____
    Daniel L. Carroll
250 Park Avenue, 6th Floor
New York, New York 10177
(212) 907-9602
Attorneys for Harvey Josephson

SO ORDERED:

This _18_ day of November, 2009

_____
HONORABLE LEONARD B. SAND
UNITED STATES DISTRICT COURT JUDGE

2